BASSETT (GERALDINE), by guardian *ad litem,* Respondent, vs. WEIKEL, Appellant.

BASSETT (J. V.), Respondent, vs. WEIKEL, Appellant.

For the appellant: *D. J. Regan* of Milwaukee, attorney, and *Durfee & Breihan* of Antigo of counsel.

For the respondent: *Earl J. Plantz* and *George J. Bowler,* both of Antigo.

*By the Court.*—Judgment in each case affirmed.

CLARK MOTOR COMPANY, amended to GEO. W. BROWNE, INC., Respondent, vs. SCHAEFER, Appellant.

For the appellant: *John W. Burkhardt* and *Arthur W. Himmelman,* both of Milwaukee.

For the respondent: *Carroll & Thekan* of Milwaukee.

*By the Court.*—Judgment affirmed.

DAVIS, by guardian *ad litem,* Appellant, vs. SAGE, Respondent.

For the appellant: *Thorson & Seymour* of Elkhorn.

For the respondent: *Jeffris, Mouat, Oestreich, Avery & Wood* of Janesville.

*By the Court.*—Judgment affirmed.